**Waldon, Vanessa**

| | |
|---|---|
| From: | Waldon, Vanessa |
| Sent: | Wednesday, June 14, 2023 1:38 PM |
| To: | mariahparkerphd@gmail.com |
| Subject: | Request For Referendum To Repeal Ord. 21-O-0367 |
| Attachments: | REFERENDUM TO REPEAL TRAINING FACILITY 06.07.2023.pdf |

Good afternoon Ms. Parker,

Pursuant to state law and the City of Atlanta's Code of Ordinances, our office has reviewed the draft petition you submitted on June 7, 2023, a copy of which is attached to this email. The draft you provided does not comply with the legal requirement that the petition contain a place on each form for the person collecting signatures to provide his or her name, street address, city, county, state, ZIP code, and telephone number and to swear that he or she is a resident of the City of Atlanta and that the signatures were collected inside the boundaries of the City of Atlanta. Accordingly, the draft petition you have submitted is not approved as to form. You may submit a revised version of your proposed petition for review as to form, should you desire to do so.

Respectfully,



**A. Vanessa Waldon**
Interim Municipal Clerk
Atlanta City Council | Office of Municipal Clerk
55 Trinity Avenue, Suite 2700 | Atlanta, GA 30303
(404) 330-6771 office | (404) 719-7409 cell | (404) 546-9658 fax
vawaldon@atlantaga.gov

**STATEMENT OF CONFIDENTIALITY:** The information contained in this electronic message and any attachments are intended for the exclusive use of the addressee(s) and may be confidential or privileged. If you are not the intended recipient, you do not have permission to read, print, copy or distribute this message or any attachments. If you have received this communication in error, please notify the sender by return e-mail or contact the sender if a phone number was provided and permanently delete this message and any attachments from your system.

1

# CITY OF ATLANTA
## MUNICIPAL CLERK'S OFFICE
## INFORMATION REQUEST FORM*

RECEIVED JUN 7 '23 10:17AM

RECORD TYPE: ( ) ORDINANCES   ( ) RESOLUTION
( ) CERTIFICATION   ( ) CODE SECTION   ( )
INQUIRY

DATE REQUESTED: _6/7/23_   TIME: _10:13_ AM (✓) PM ( )

REQUESTOR: _Mariah Parker_

ORG/DEPT:_____

OMC CLERK_____ DATE COMPLETED:_____

TIME OF COMPLETION:_____

METHOD OF DELIVERY:_____

PHONE: _502-396-9023_

EMAIL: _mariahparkerphd @ gmail.com_

## REQUESTED INFORMATION

1. _Referendum    to Repeal    21-O-0367 - Police Training Facility_
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____

*RESPONSES TO MULTIPLE, HISTORICAL AND/OR EXTENSIVE RESEARCH REQUESTS CAN TAKE UP TO THREE DAYS

June 7, 2023

**Foris Webb, III**
Municipal Clerk for the City of Atlanta
Atlanta City Hall
55 Trinity Ave, S.W.
Suite 2700
Atlanta, GA 30303-3584

RECEIVED
JUN7 '23 10:20AM

Dear Clerk Webb,

Enclosed with this letter is a proposed citizen's referendum for your approval. For the reasons below, we ask that you approve and return the official copy of the petition by June 14, 2023.

Under Georgia law and Atlanta's Charter and Municipal Code[1] citizens can petition for a referendum election to amend or repeal a City Council ordinance. Your office is the first step in that process.

Under the statute, "[t]he clerk of the governing authority shall approve all petitions as to form." O.C.G.A. § 36-35-3(b)(2)(C). And, after receiving the petition, "[t]he clerk of the governing authority shall, within seven days, provide the sponsor with official petitions." *Id.*

The statute likewise describes the required form of the petition. "The clerk of the governing authority shall provide a place on each form for the person collecting signatures to provide his or her name, street address, city, county, state, ZIP Code, and telephone number and to swear that he or she is a resident of the municipality affected by the petition and that the signatures were collected inside the boundaries of the affected municipality." O.C.G.A. § 36-35-3(b)(2)(C).

In the enclosed, we have included the statutorily required language. However, should you have any questions, please immediately contact the sponsor's representative, [name], at [phone number] or [email].

We thank you in advance for your prompt return of the official petitions.

Sincerely yours,

Referendum Coalition

---

[1] The statute is found at O.C.G.A. 36-35-3. Charter Section 2-501 and municipal code Sec. 66-37 describe the adoption of that process under Atlanta's charter.

## PETITION TO REPEAL CITY OF ATLANTA ORDINANCE 21-O-0367

**WHEREAS,** the Atlanta City Council adopted an ordinance authorizing the City to enter into an agreement leasing 381 acres of forest land to the Atlanta Police Foundation for the construction of a $100 million police training facility;

**WHEREAS,** the registered electors signing this petition desire to compel the City Council to submit to the qualified voters of the City of Atlanta at the next regularly scheduled election the repeal of the ordinance authorizing the ground lease of land to the Atlanta Police Foundation for approval or rejection in accordance with City of Atlanta Ordinance § 2-501;

**NOW, THEREFORE,** the undersigned electors hereby petition the City Council to submit the following question concerning the repeal of the ordinance authorizing the ground lease of land to the Atlanta Police Foundation to an election of the qualified voters of the City of Atlanta for approval or rejection:

*"Shall the City of Atlanta Ordinance 21-O-0367 authorizing the ground lease of 381 acres of forested land to the Atlanta Police Foundation for the construction of a $100 million police training facility be repealed."*

**IN WITNESS WHEREOF,** the undersigned swears that they are a registered elector in the City of Atlanta, Georgia and that they have executed this Petition within the City of Atlanta and on the date written below:

| | |
|---|---|
| Signature: _____ <br><br> Print Name: _____ <br><br> Date: _____ <br><br> Address: _____ <br><br> _____ <br><br> Telephone: _____ | Signature: _____ <br><br> Print Name: _____ <br><br> Date: _____ <br><br> Address: _____ <br><br> _____ <br><br> Telephone: _____ |
| Signature: _____ <br><br> Print Name: _____ <br><br> Date: _____ <br><br> Address: _____ <br><br> _____ <br><br> Telephone: _____ | Signature: _____ <br><br> Print Name: _____ <br><br> Date: _____ <br><br> Address: _____ <br><br> _____ <br><br> Telephone: _____ |