**PETITION TO REPEAL CITY OF ATLANTA ORDINANCE 21-O-0367**

**WHEREAS,** the Atlanta City Council adopted an ordinance authorizing the City to enter into an agreement leasing 381 acres of forest land to the Atlanta Police Foundation for the construction of a $90 million police training facility;

**WHEREAS,** the registered electors signing this petition desire to compel the City Council to submit to the qualified voters of the City of Atlanta at the next regularly scheduled election the repeal of the ordinance authorizing the ground lease of land to the Atlanta Police Foundation for approval or rejection in accordance with City of Atlanta Ordinance § 2-501;

**NOW, THEREFORE,** the undersigned electors hereby petition the City Council to submit the following question concerning the repeal of the ordinance authorizing the ground lease of land to the Atlanta Police Foundation to an election of the qualified voters of the City of Atlanta for approval or rejection:

> *"Shall the City of Atlanta Ordinance 21-O-0367 authorizing the ground lease of 381 acres of forested land to the Atlanta Police Foundation for the construction of a $90 million police training facility be repealed."*

**IN WITNESS WHEREOF,** the undersigned swears that on ____ day of _____ 2023, I, a registered elector in the City of Atlanta, Georgia, have collected these signatures for this Petition within the City of Atlanta:

Signature: _____   Printed Name: _____   Phone:_____

Address: _____

**IN WITNESS WHEREOF,** the undersigned swears that they are a registered elector in the City of Atlanta, Georgia, and that they have signed this Petition within the City of Atlanta:

| Signature | Printed Name | Date | Address | Telephone |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |