## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I, Lisa Baker, declare under penalty of perjury that the factual allegation set forth in ¶¶ 7–24 and 38–65 within the foregoing Complaint are true and correct.

Executed this __3__ day of _____July_____, 2023.

_____
Lisa Baker

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I, Jacqueline Dougherty, declare under penalty of perjury that the factual allegation set forth in ¶¶ 7–24 and 38–65 within the foregoing Complaint are true and correct.

Executed this 3 day of July, 2023.

_____
Jacqueline Dougherty

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I, Keyanna Jones, declare under penalty of perjury that the factual allegation set forth in ¶¶ 7–17, 30–33, and 38–65 within the foregoing Complaint are true and correct.

Executed this 3rd day of _____July_____, 2023.

_____
Keyanna Jones

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I, Amelia Weltner, declare under penalty of perjury that the factual allegation set forth in ¶¶ 7–17 and 33–65 within the foregoing Complaint are true and correct.

Executed this 3 day of July, 2023.

*Amelia Weltner*
Amelia Weltner