**CITY COUNCIL**
**ATLANTA, GEORGIA**

**21-O-0367**

AN ORDINANCE BY COUNCILMEMBER JOYCE M. SHEPERD AMENDED AND SUBSTITUTED BY FINANCE/EXECUTIVE COMMITTEE AUTHORIZING THE MAYOR OR HER DESIGNEE, ON BEHALF OF THE CITY OF ATLANTA, TO EXECUTE A GROUND LEASE AGREEMENT WITH THE ATLANTA POLICE FOUNDATION FOR APPROXIMATELY 85 ACRES FOR IMPROVEMENTS RELATED TO PUBLIC SAFETY TRAINING FACILITIES AND TO PRESERVE APPROXIMATELY 265 ACRES FOR GREENSPACE WITHIN THE PROPERTY LOCATED AT LAND LOT 83 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA, TAX PARCEL ID 15-082-01-001 AND KNOWN AS 561 KEY RD SE, ATLANTA, ALL OR A PORTION OF THE PROPERTY LOCATED AT LAND LOT 81 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA, TAX PARCEL ID 15-081-08-001 AND KNOWN AS 3054 FAYETTEVILLE ROAD, ATLANTA, AND ALL OR A PORTION OF THE PROPERTY LOCATED AT LAND LOT 81 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA, TAX PARCEL ID 15-081-08-002 AND KNOWN AS 3184 FAYETTEVILLE ROAD, ATLANTA, (COLLECTIVELY, THE "PROPERTY"), FOR A LEASE TERM NOT TO EXCEED FIFTY (50) YEARS AT AN ANNUAL GROUND RENTAL RATE IN THE AMOUNT OF TEN DOLLARS AND ZERO CENTS ($10.00) AND IN CONSIDERATION OF PERFORMING CERTAIN DEVELOPMENT ON THE PROPERTY; WAIVING THE COMPETITIVE PROCUREMENT PROVISIONS CONTAINED IN CHAPTER 2, ARTICLE X, PROCUREMENT AND REAL ESTATE CODE OF THE CITY CODE OF ORDINANCES; ALL AMOUNTS TO BE DEPOSITED IN THE ACCOUNTS LISTED HEREIN; AND FOR OTHER PURPOSES.(AMENDED AND HELD 6/16/21 BY FINANCE/EXECUTIVE COMMITTEE) (REFERRED TO THE PUBLIC SAFETY AND LEGAL ADMINISTRATION COMMITTEE 6/30/21) (HELD 7/12/21 BY PUBLIC SAFETY AND LEGAL ADMINISTRATION COMMITTEE) (FAVORABLE BY PUBLIC SAFETY AND LEGAL ADMINISTRATION COMMITTEE 8/9/21 6 YEAS 1 NAY)

WHEREAS, the City of Atlanta ("City") owns certain improved real property located at Land Lot 83 of the 15th District, Dekalb County, Georgia, Tax Parcel ID 15-082-01-001, and known as 561 Key Road SE, Atlanta, the property located at Land Lot 81 of the 15th District, Dekalb County, Georgia, Tax Parcel ID 15-081-08-001, and known as 3054 Fayetteville Road, Atlanta, and the property located at Land Lot 81 of the 15th District, Dekalb County, Georgia, Tax Parcel ID 15-081-08-002, and known as 3184 Fayetteville Road, Atlanta, (collectively, the "Property") as more particularly described on Exhibit "A" attached hereto and made a part hereof by this reference; and

WHEREAS, the Property consists of approximately 381 acres of land improved with certain structures unused for several years; and

WHEREAS, the Atlanta Police Foundation ("APF") is a nonprofit organization that unites the business and philanthropic community with the Atlanta Police Department to make strides in public safety that focus on designing community programs that enhance safety in Atlanta neighborhoods and strengthen relationships between citizens and law enforcement, training the best-in-class police department and seeking innovative solutions to further public safety.  APF "fund[s] high priority projects designed to enhance the City's ability to fight and prevent crime;" and

WHEREAS, the APF has achieved success with funding and completing development projects related to public safety facilities; and

WHEREAS, the APF desires to fund and build, for operation by the City, a state-of-the-art Public Safety Training Campus for all public safety agencies on the Property; and

WHEREAS, Atlanta Police Foundation intends to improve with facilities and training area the minimum acreage necessary to accomplish the training requirements of the Atlanta Police Department and Atlanta Fire Rescue Department, approximately 85 acres, while preserving the remaining property of approximately 265 acres for greenspace, including at least 170 acres to be preserved for strictly public purposes; and

WHEREAS, The preservation and reforestation of these acres is an important component of the South River Forest and will also directly connect to more than 575 acres of new and existing parks and green space; and

WHEREAS, Atlanta Police Foundation will convene a representative group of neighborhood and community leaders, including members of the DeKalb Community Council, to advise on the final public safety training campus and green space.

WHEREAS, the establishment of a Public Safety Training Campus on the Property will provide valuable and important services to the surrounding community; and

WHEREAS, the City desires to enter into a ground lease agreement ("Ground Lease") with the APF for the construction and operation of the Public Safety Campus on the Property for a period of fifty (50) years; and

WHEREAS, the Ground Lease will provide that the obligation to pay annual rent will commence on the commencement date of the Ground Lease, and continue annually until the expiration of the Ground Lease; and

WHEREAS, the Ground Lease will provide that the City will be able to have input or approval on stages of the construction and development of the Property; and

WHEREAS, it is necessary to waive certain requirements of the Procurement and Real Estate Code of the Code of Ordinances to facilitate this transaction.

THE CITY COUNCIL, OF THE CITY OF ATLANTA, GEORGIA HEREBY ORDAINS as follows:

SECTION 1: The Mayor or her designee, on behalf of the City, is authorized to enter into a ground lease agreement with the Atlanta Police Foundation for approximately 85 acres for improvements related to public safety training facilities and to preserve approximately 265 acres for greenspace within real property located at Land Lot 83 of the 15th District, Dekalb County, Georgia, Tax Parcel ID 15-082-01-001, and known as 561 Key Road SE, Atlanta, all or a portion of the property located at Land Lot 81 of

the 15th District, Dekalb County, Georgia, Tax Parcel ID 15-081-08-001, and known as 3054 Fayetteville Road, Atlanta, and all or a portion of the property located at Land Lot 81 of the 15th District, Dekalb County, Georgia, Tax Parcel ID 15-081-08-002, and known as 3184 Fayetteville Road, Atlanta, (collectively, the "Property") as more particularly described on Exhibit "A" attached hereto and made a part hereof by this reference, for a term not to exceed fifty (50) years, at an annual ground rental rate of Ten Dollars ($10.00), and in consideration of completing certain development on the Property.

SECTION 2: The Ground Lease will provide that the Atlanta Police Foundation is required to make certain improvements at the Property and, at the expiration or earlier termination of the lease term, or execution of any lease-back agreement, deliver possession of same to the City.  The Ground Lease agreement will provide that the obligation to pay annual rent will commence on the Commencement Date of the Ground Lease, and will continue annually until expiration of the Ground Lease.

SECTION 3: Revenue received from the Ground Lease will be deposited into fund or account number(s):  1001 (General Fund) 040401 (EXE General Buildings & Plants) 3810001 (Land Rentals, General)  1565000 (Gen Bldgs. Plants).

SECTION 4: The City Attorney or her designee is directed to prepare the Ground Lease and all other appropriate documents for execution by the Mayor or her designee to consummate the transaction contemplated by this Ordinance.

SECTION 5:  The Mayor or her designee, on behalf of the City, is authorized to execute any other agreements, documents, or instruments necessary or desirable to consummate the transaction contemplated by this Ordinance and the Ground Lease.

SECTION 6:  The Ground Lease will not become binding upon the City, and the City shall incur no obligation nor liability thereunder until the same has been signed by the Mayor, attested to by the Municipal Clerk, and approved by the City Attorney as to form.

SECTION 7:  Upon completion of the final planning and design process, the Mayor or her designee, on behalf of the City is authorized to amend the ground lease agreement with the Atlanta Police Foundation to reflect the final acreage needed, including any greenspace to be improved by APF and with no more than approximately 85 acres for improvements related to public safety training facilities.

SECTION 8:  Atlanta Police Foundation will use best efforts to preserve or protect trees on the property. Any tree removed during construction (which is not required to be removed by law as an invasive species) will be replaced pursuant to the requirements of the City's Tree Protection Ordinance. In addition, Atlanta Police Foundation will use best efforts to replace all trees removed and if a hardwood tree is required to be removed, it would be replaced by one hundred planted hardwood trees.

SECTION 9: The requirements of Section 2-1547 of Article X, Procurement and Real Estate of the City Code of Ordinances is hereby waived for purposes of this Ordinance only.

SECTION 10: All ordinances and parts of ordinances in conflict herewith are hereby waived to the extent of the conflict, only.

SECTION 11: This Ordinance shall become effective immediately upon approval.

EXHIBIT "A"

Legal Description of Property

561 Key Road

Parcel ID No. 15-082-01-001

All that tract or parcel of land lying and being in the Fifteenth District of Dekalb County, Georgia and being known as the W. B. Key plantation and described as follows:

Beginning at a point in land of eighty three (83) where the south land lot line thereof is intersected by the center of Intrenchment Creek, and running thence northerly along the center of said creek to the north line of land lot eighty three (83) and extending thence west along the north line of land lot eighty three (83) and the north line of land lot eighty two thirty two hundred and twenty eight (3228) feet to the northwest corner of land lot eighty two (82) marked with an iron pin; thence south along west line of land lot eighty two (82) eighteen hundred thirty five (1835) feet to corner of formerly the Ogden property; thence east twelve hundred and fourteen and six tenths (1214.6) feet to a stone corner; thence south nineteen hundred and eighty five (1985) feet to a stone corner on the south line of land lot eighty-two (82) being the center of Constitution Road and extending thence east along said south line of land lot eighty two (82) and along the center of Constitution Road twenty hundred and sixty (2060) feet to beginning point, containing two hundred and forty eight and seven tenths (248.7) acres as per plat and survey of Chief of Construction, City of Atlanta, November, 1911, hereto attached.

3054 Fayetteville Road

Parcel Id. No. 15-081-08-001

All that tract or parcel of land lying and being in Land Lot No. 81 of the 15th District of originally Henry, now Dekalb County, Georgia and being more particularly described as follows:

BEGINNING at the intersection of the southern line of Key Road with the northwestern line of old Fayetteville Road, if said street lines were extended to form an angle instead of a curve, and running thence westerly along the southern side of Key Road four hundred eleven (411) feet; thence southerly two hundred fifty-three and four-tenths (253.4) feet; thence southeasterly two hundred forty and two-tenths (240.2) feet to the northwestern side of old Fayetteville Road; thence northeasterly along the northwestern Fayetteville Road three fifty-five (355) feet to Key Road at the point of beginning, this description being in accordance with a plat of said property made by C. S. Mercer, Surveyor, dated September 17, 1943, and recorded in Plat Book 13, page 19, of DeKalb County Records.

ALSO:

All that tract or parcel of land lying and being in Land Lots Nos. 81 and 82 of the 15th District of originally Henry, now DeKalb County, Georgia, and being more particularly described as follows:

BEGINNING at the southwest corner of said Land Lot No. 82, and running thence easterly (north 89 degrees and 30 minutes east) along the south line of said Land Lot No. 82 twelve hundred eight (1208) feet; thence northerly (north 30 minutes west) nineteen hundred seventy-seven (1977) feet to an iron pin

corner; thence westerly (south 89 degrees and 30 minutes west) eighteen hundred forty-eight (1848) feet to the center of Fayetteville Road; thence southwesterly (south 36 degrees and 15 minutes west) along the center line of Old Fayetteville Road six hundred eleven and five-tenths (611.5) feet; thence easterly (north 89 degrees east) one hundred thirty-eight (138) feet; thence southwesterly (south 10 degrees and 30 minutes west) twelve hundred eight (1208) feet to an iron pin corner on the southern Railroad Right-of-way; thence southeasterly (south 60 degrees east) along the northeastern line of said Railroad Right-of-way three hundred five (305) feet; thence northerly (north 4 degrees and 30 minutes east) two hundred twenty-four (224) feet; thence southeasterly (south 74 degrees east) seventy-five (75) feet; thence continuing southeasterly (south 56 degrees and 30 minutes east) one hundred fifty-five (155) feet; thence easterly (south 88 degrees and 30 minutes east) six hundred eighteen (618) feet to the east line of said land Lot No. 81, being the dividing line between Land Lots Nos. 81 and 82; thence southerly (south 1 degree east) along said land lot line four hundred thirteen (413) feet to the beginning corner, containing eight-six and sixty- eight one hundredths (86.68) acres, as per plat of same made by T. C. Jackson, Surveyor, dated November, 1937, and recorded in Plat Book 12, page 91, of the DeKalb County records.

3184 Fayetteville Road

Parcel ID No. 15-081-08-002

All that tract and parcel of land lying and being in Land Lot 81 of the 15th District of originally Henry, now DeKalb County Georgia, more particularly described as follows:

BEGINNING at a stake on the eastern side of Fayetteville Road (formally old Decatur Road), running thence north one degree and forty-five minutes (1°45') east four hundred sixty-five and ninety-six one-hundredths (465.96) feet to a stake at the curve of said road; thence north thirty degrees (30°) east five hundred one and sixty one-hundredths (501.60) feet to another stake; on said road; thence north eighty-five degrees and forty-five minutes (85°45') east one hundred forty-five and twenty one-hundredths (145.20) feet to a stake; running thence south thirteen degrees ten minutes (13°10') west one thousand, thirty-six and twenty-One-hundredths (1,036.20) feet to another stake located near the Constitution Depot; thence north 62 degrees forty-five minutes (62°45") west two hundred eight and fifty-six one-hundredths (208.56) feet to the stake on the eastern side of Fayetteville Road at the point of beginning, said tract containing five acres, more or less, and lying north of the railroad; this being the same property conveyed by warranty deed from Newton St. John to Ray Almand on December 3, 1913 recorded in deed book 84, page 298, DeKalb County records.

**CITY COUNCIL**
**ATLANTA, GEORGIA**

**SPONSOR SIGNATURES**

21-O-0367

_____
Andrea L. Boone, Councilmember, District 10

CITY COUNCIL
ATLANTA, GEORGIA

21-O-0367

**AN ORDINANCE BY COUNCILMEMBER JOYCE M. SHEPERD AMENDED AND SUBSTITUTED BY FINANCE/EXECUTIVE COMMITTEE AUTHORIZING THE MAYOR OR HER DESIGNEE, ON BEHALF OF THE CITY OF ATLANTA, TO EXECUTE A GROUND LEASE AGREEMENT WITH THE ATLANTA POLICE FOUNDATION FOR APPROXIMATELY 85 ACRES FOR IMPROVEMENTS RELATED TO PUBLIC SAFETY TRAINING FACILITIES AND TO PRESERVE APPROXIMATELY 265 ACRES FOR GREENSPACE WITHIN THE PROPERTY LOCATED AT LAND LOT 83 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA, TAX PARCEL ID 15-082-01-001 AND KNOWN AS 561 KEY RD SE, ATLANTA, ALL OR A PORTION OF THE PROPERTY LOCATED AT LAND LOT 81 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA, TAX PARCEL ID 15-081-08-001 AND KNOWN AS 3054 FAYETTEVILLE ROAD, ATLANTA, AND ALL OR A PORTION OF THE PROPERTY LOCATED AT LAND LOT 81 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA, TAX PARCEL ID 15-081-08-002 AND KNOWN AS 3184 FAYETTEVILLE ROAD, ATLANTA, (COLLECTIVELY, THE "PROPERTY"), FOR A LEASE TERM NOT TO EXCEED FIFTY (50) YEARS AT AN ANNUAL GROUND RENTAL RATE IN THE AMOUNT OF TEN DOLLARS AND ZERO CENTS ($10.00) AND IN CONSIDERATION OF PERFORMING CERTAIN DEVELOPMENT ON THE PROPERTY; WAIVING THE COMPETITIVE PROCUREMENT PROVISIONS CONTAINED IN CHAPTER 2, ARTICLE X, PROCUREMENT AND REAL ESTATE CODE OF THE CITY CODE OF ORDINANCES; ALL AMOUNTS TO BE DEPOSITED IN THE ACCOUNTS LISTED HEREIN; AND FOR OTHER PURPOSES.(AMENDED AND HELD 6/16/21 BY FINANCE/EXECUTIVE COMMITTEE) (REFERRED TO THE PUBLIC SAFETY AND LEGAL ADMINISTRATION COMMITTEE 6/30/21) (HELD 7/12/21 BY PUBLIC SAFETY AND LEGAL ADMINISTRATION COMMITTEE) (FAVORABLE BY PUBLIC SAFETY AND LEGAL ADMINISTRATION COMMITTEE 8/9/21 6 YEAS 1 NAY)**

**Workflow List:**

| | | |
|---|---|---|
| Atlanta City Council | Completed | 06/07/2021 1:00 PM |
| Finance/Executive Committee | Completed | 06/16/2021 1:30 PM |
| Atlanta City Council | Completed | 06/21/2021 1:00 PM |
| Finance/Executive Committee | Completed | 06/30/2021 1:30 PM |
| Atlanta City Council | Completed | 07/06/2021 1:00 PM |
| Public Safety & Legal Administration Committee | Completed | 07/12/2021 2:00 PM |
| Atlanta City Council | Completed | 08/02/2021 1:00 PM |
| Public Safety & Legal Administration Committee | Completed | 08/09/2021 2:00 PM |
| Finance/Executive Committee | Completed | 08/11/2021 1:30 PM |
| Atlanta City Council | Completed | 08/16/2021 1:00 PM |

**HISTORY:**

06/07/21              Atlanta City Council              REFERRED WITHOUT OBJECTION

### REFERRED TO FINANCE/EXECUTIVE COMMITTEE WITHOUT OBJECTION

| RESULT: | REFERRED WITHOUT OBJECTION | Next: 6/16/2021 1:30 PM |
|---|---|---|

06/16/21              Finance/Executive Committee              HELD IN COMMITTEE

Amended

| | | |
|---|---|---|
| **RESULT:** | **HELD IN COMMITTEE [6 TO 0]** | |
| **MOVER:** | Matt Westmoreland, Post 2 At Large | |
| **SECONDER:** | Jennifer N. Ide, Chair | |
| **AYES:** | Ide, Westmoreland, Archibong, Shook, Matzigkeit, Sheperd | |
| **AWAY:** | Andre Dickens | |

06/21/21        Atlanta City Council              RETURNED AS HELD

**RETURNED AS HELD TO FINANCE/EXECUTIVE COMMITTEE WITHOUT OBJECTION**

| | | |
|---|---|---|
| **RESULT:** | **RETURNED AS HELD** | Next: 6/30/2021 1:30 PM |

06/30/21        Finance/Executive Committee       REFERRED TO COMMITTEE

| | | |
|---|---|---|
| **RESULT:** | **REFERRED TO COMMITTEE [UNANIMOUS]** | Next: 7/6/2021 1:00 PM |
| **MOVER:** | Joyce M Sheperd, District 12 | |
| **SECONDER:** | Jennifer N. Ide, Chair | |
| **AYES:** | Ide, Westmoreland, Shook, Matzigkeit, Sheperd | |
| **ABSENT:** | Andre Dickens, Natalyn Mosby Archibong | |

07/06/21        Atlanta City Council              REFERRED TO COMMITTEE

**REFERRED TO PUBLIC SAFETY AND LEGAL ADMINISTRATION COMMITTEE BY A ROLL CALL VOTE OF 15 YEAS; 0 NAYS**

| | | |
|---|---|---|
| **RESULT:** | **REFERRED TO COMMITTEE [UNANIMOUS]** | Next: 7/12/2021 2:00 PM |
| **MOVER:** | Jennifer N. Ide, Councilmember, District 6 | |
| **SECONDER:** | Amir R Farokhi, Councilmember, District 2 | |
| **AYES:** | Bond, Westmoreland, Dickens, Smith, Farokhi, Brown, Winslow, Archibong, Ide, Shook, Matzigkeit, Hillis, Boone, Overstreet, Sheperd | |

07/12/21        Public Safety & Legal Administration Committee    HELD IN COMMITTEE

| | | |
|---|---|---|
| **RESULT:** | **HELD IN COMMITTEE [6 TO 0]** | Next: 8/2/2021 1:00 PM |
| **MOVER:** | Joyce M Sheperd, Chair | |
| **SECONDER:** | Dustin Hillis, District 9 | |
| **AYES:** | Sheperd, Bond, Smith, Farokhi, Hillis, Boone | |
| **AWAY:** | Cleta Winslow | |

08/02/21        Atlanta City Council              RETURNED AS HELD

**RETURNED AS HELD TO PUBLIC SAFETY AND LEGAL ADMINISTRATION COMMITTEE WITHOUT OBJECTION**

| | | |
|---|---|---|
| **RESULT:** | **RETURNED AS HELD** | Next: 8/9/2021 2:00 PM |

08/09/21        Public Safety & Legal Administration Committee    FAVORABLE

| | | |
|---|---|---|
| **RESULT:** | **FAVORABLE [6 TO 1]** | Next: 8/11/2021 1:30 PM |
| **MOVER:** | Joyce M Sheperd, Chair | |
| **SECONDER:** | Cleta Winslow, District 4 | |
| **AYES:** | Sheperd, Bond, Farokhi, Winslow, Hillis, Boone | |
| **NAYS:** | Carla Smith | |

08/11/21        Finance/Executive Committee       FAVORABLE/SUB/CONDITION

| | |
|---|---|
| **RESULT:** | **FAVORABLE/SUB/CONDITION [6 TO 0]** |
| **MOVER:** | Howard Shook, District 7 |
| **SECONDER:** | Joyce M Sheperd, District 12 |
| **AYES:** | Westmoreland, Dickens, Archibong, Shook, Matzigkeit, Sheperd |
| **AWAY:** | Jennifer N. Ide |

| | | | |
|---|---|---|---|
| 08/16/21 | Atlanta City Council | TABLED | Next: 09/07/21 |

**Vice-Chair Shook made a Motion to bring forth a Substitute. It was Seconded by Council Member Matzigkeit and CARRIED Without Objection by Unanimous Consent of Council Members present (15y/0n). The Substitute was before Council. Following, Mr. Shook made a Motion to Adopt on Substitute. It was Seconded by Council Member Matzigkeit and a discussion ensued, during which, Council Member Westmoreland offered Amendment #1 as follows:**

**After 5th Whereas Clause**

**WHEREAS,** an assessment by the APF and the City determined the annual cost to operate and maintain the Campus will be roughly $1.2 million, which will be at least partially offset by the reduction in current cost to maintain two leases for training areas. Additionally, operating costs may be further offset by rental revenue; and

**Updates to Current 6th Whereas Clause**

**WHEREAS,** Atlanta Police Foundation intends to improve with facilities and training area the minimum acreage necessary to accomplish the training requirements of the Atlanta Police Department and Atlanta Fire Rescue Department, approximately 85 acres, while preserving the remaining property of approximately 265 acres for greenspace for a combination of reforestation and public access; and

**After Current 6th Whereas Clause**

**WHEREAS,** the City is committed to identifying and providing the funding needed to properly preserve, reforest, and activate the publicly accessible green space; and

**After Current 7th Whereas Clause**

**WHEREAS,** the City has made recent strides in the preservation of forested property, including the August 2020 purchase of the 216-acre Lake Charlotte Nature Preserve; and

**WHEREAS,** the City will continue to pursue the acquisition and preservation of at least 85 additional acres of forested property; and

**Delete Current 8th Whereas Clause**

<span style="color:red">**WHEREAS,** Atlanta Police Foundation will convene a representative group of neighborhood and community leaders, including members of the DeKalb Community Council, to advise on the final public safety training campus and green space</span>

**Before Current 9th Whereas Clause**

**WHEREAS,** the Atlanta Police Foundation will convene a Community Stakeholders Advisory Committee, including members of the South River Forest Coalition as well as members of the DeKalb Community Council or other relevant representatives of the local community to develop and implement an engagement process for decisions around key siting, design, and operating details; and "

**After Current 12th Whereas Clause**

**WHEREAS,** prior to site development, Phase 1 and 2 environmental reviews will be completed, and all existing contamination identified and remediated; and

**WHEREAS,** prior to site development, APF will provide a detailed report to the City outlining the proposed steps to eliminate or minimize noise, including exploring an indoor firing range and/or noise elimination and mitigation designs, and other impacts to the surrounding area as well as a report outlining how all activities on site will conform to federal and state environmental regulations; and

**WHEREAS,** prior to site development, APF will also provide written confirmation a burn building at this location is in compliance with guidance from the Federal Aviation Administration; and

**WHEREAS,** APF has engaged and will continue to partner with the Atlanta Preservation Center, other relevant organizations, and state and federal partners to identify and protect historic landmarks and artifacts.

**It was Seconded by Council Member Hillis and CARRIED by a roll call vote of 15 yeas; 0 nays. After which, Council Member Archibong made a Substitute Motion to Table.  It was Seconded by Council Member Brown and the Motion CARRIED by a roll call vote of 8 yeas; 7 nays.**

**<u>TABLED BY A ROLL CALL VOTE OF 8 YEAS; 7 NAYS</u>**

| | | |
|---|---|---|
| **RESULT:** | **TABLED [8 TO 7]** | Next: 9/7/2021 1:00 PM |
| **MOVER:** | Natalyn Mosby Archibong, Councilmember, District 5 | |
| **SECONDER:** | Antonio Brown, Councilmember, District 3 | |
| **AYES:** | Westmoreland, Dickens, Smith, Farokhi, Brown, Archibong, Ide, Boone | |
| **NAYS:** | Bond, Winslow, Shook, Matzigkeit, Hillis, Overstreet, Sheperd | |

21-O-0367

AN ORDINANCE BY COUNCILMEMBER JOYCE M. SHEPERD AMENDED AND SUBSTITUTED BY FINANCE/EXECUTIVE COMMITTEE AUTHORIZING THE MAYOR OR HER DESIGNEE, ON BEHALF OF THE CITY OF ATLANTA, TO EXECUTE A GROUND LEASE AGREEMENT WITH THE ATLANTA POLICE FOUNDATION FOR APPROXIMATELY 85 ACRES FOR IMPROVEMENTS RELATED TO PUBLIC SAFETY TRAINING FACILITIES AND TO PRESERVE APPROXIMATELY 265 ACRES FOR GREENSPACE WITHIN THE PROPERTY LOCATED AT LAND LOT 83 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA, TAX PARCEL ID 15-082-01-001 AND KNOWN AS 561 KEY RD SE, ATLANTA, ALL OR A PORTION OF THE PROPERTY LOCATED AT LAND LOT 81 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA, TAX PARCEL ID 15-081-08-001 AND KNOWN AS 3054 FAYETTEVILLE ROAD, ATLANTA, AND ALL OR A PORTION OF THE PROPERTY LOCATED AT LAND LOT 81 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA, TAX PARCEL ID 15-081-08-002 AND KNOWN AS 3184 FAYETTEVILLE ROAD, ATLANTA, (COLLECTIVELY, THE "PROPERTY"), FOR A LEASE TERM NOT TO EXCEED FIFTY (50) YEARS AT AN ANNUAL GROUND RENTAL RATE IN THE AMOUNT OF TEN DOLLARS AND ZERO CENTS ($10.00) AND IN CONSIDERATION OF PERFORMING CERTAIN DEVELOPMENT ON THE PROPERTY; WAIVING THE COMPETITIVE PROCUREMENT PROVISIONS CONTAINED IN CHAPTER 2, ARTICLE X, PROCUREMENT AND REAL ESTATE CODE OF THE CITY CODE OF ORDINANCES; ALL AMOUNTS TO BE DEPOSITED IN THE ACCOUNTS LISTED HEREIN; AND FOR OTHER PURPOSES.

| Certified by Presiding Officer | Certified by Clerk |
|---|---|
|  |  |
| Mayor's Action *See Authentication Page Attachment* ||