UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LISA BAKER, et al. | ) | |
| | ) | Civil Action No. |
| Plaintiffs, | ) | |
| | ) | 1:23-cv-2999-MHC |
| v. | ) | |
| | ) | |
| CITY OF ATLANTA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO DROP STATE OF GEORGIA AS A PARTY PURSUANT TO FED. R. CIV. P. 21

Plaintiffs filed this lawsuit against the City of Atlanta and the State of Georgia. While Plaintiffs seek injunctive relief against the City of Atlanta, Plaintiffs also sued the State of Georgia for declaratory relief only because the Atlanta referendum process is informed, in part, by Georgia law under O.C.G.A. § 36-35-3(b)(2).[1]

---

[1] Plaintiffs also sought to comply with O.C.G.A. § 9-4-7(c), which provides that "If an Act of the General Assembly, a statute of the state, any order or regulation of any administrative body of the state, or any franchise granted by the state is alleged in an action for declaratory judgment or as a part of any other action to be unconstitutional or otherwise invalid, the Attorney General of the state shall be served with a copy of the proceeding and shall be entitled to be heard in defense of said Act, statute, order, regulation, or franchise, which may include appearing as a party as of right as he or she determines is appropriate."

The State of Georgia has responded to the lawsuit, invoked Eleventh Amendment immunity, and notified the Court that it does not consent to jurisdiction. *See* Doc. 19. Based upon the State law at issue, there does not appear to be any state official who is responsible for overseeing the City's referendum process so there is no basis for adding an individual state official as a party.

Plaintiffs therefore move to dismiss the State of Georgia as a party under Fed. R. Civ. P. 21, which allows the Court to "any time, on just terms, add or drop a party." Plaintiffs request that the dismissal be without prejudice.

Submitted on July 21, 2023.

SPEARS & FILIPOVITS, LLC
315 W. Ponce de Leon Ave., Ste. 865
Decatur, Georgia 30030
404-905-2225
jeff@civil-rights.law
wingo@civil-rights.law
bspears@civil-rights.law

**Brian Spears**
Georgia Bar No. 670112

**Jeff Filipovits**
Georgia Bar No. 825553

**Wingo F. Smith**
Georgia Bar No. 147896

**Gerald Weber**
Georgia Bar No. 744878

Law Offices of Gerry Weber, LLC
Post Office Box 5391
Atlanta, Georgia 31107
404-522-0507
wgerryweber@gmail.com