## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

LISA BAKER, JACQUELINE
DOUGHERTY, KEYANNA JONES,
and AMELIA WELTNER,

      Plaintiffs,

v.

CITY OF ATLANTA,
STATE OF GEORGIA,

      Defendants.

CIVIL ACTION FILE

NO. 1:23-CV-2999-MHC

## ORDER

Before the Court is Plaintiffs' Motion to Drop State of Georgia as a Party Pursuant to Fed. R. Civ. P. 21 [Doc. 22]. As indicated by its title, Plaintiffs have filed their motion pursuant to Rule 21 which gives the Court "[o]n motion or on its own" the authority to "add or drop a party." FED. R. CIV. P. 21. Although Plaintiffs have filed the present motion pursuant to Rule 21, the Court notes that Plaintiffs have the absolute right to amend their Complaint within twenty-one days of serving it or service of a motion under Rule 12(b) of the Federal Rules of Civil Procedure. See Blackburn v. Shire US Inc, 18 F.4th 1310, 1317 (11th Cir. 2021) (citing FED. R. CIV. P. 15). Because Plaintiffs have an absolute right to amend

their Complaint to dismiss the State of Georgia, the Court finds that there is grounds for granting the present Motion to Dismiss.

Accordingly, it is hereby **ORDERED** that Plaintiffs' Motion to Drop State of Georgia as a Party Pursuant to FED. R. CIV. P. 21  [Doc. 22] is **GRANTED**.

**IT IS SO ORDERED** this 25th day of July, 2023.

_____
MARK H. COHEN
United States District Judge

2