# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| LISA BAKER, JACQUELINE DOUGHTERY, KENYANNA JONES, and AMELIA WELTNER, | |
| Plaintiffs | Case No. 1:23-cv-2999-MHC |
| v. | |
| CITY OF ATLANTA, | |
| Defendants. | |

## DEFENDANT CITY OF ATLANTA'S NOTICE OF APPEAL

Robert L. Ashe
Ga. Bar No. 208077
ashe@bmelaw.com
Jane D. "Danny" Vincent
Ga. Bar No. 380850
vincent@bmelaw.com
Matthew R. Sellers
Ga. Bar. No. 691202
sellers@bmelaw.com

BONDURANT MIXSON & ELMORE LLP
1201 W. Peachtree St. NE, Suite 3900
Atlanta, GA 30309
404-881-4100

*Attorneys for Defendant City of Atlanta*

#3564218v1

Defendant City of Atlanta gives notice that it is taking an appeal from this Court's order [Doc. 26] granting Plaintiffs' Motion for Preliminary Injunction [Doc. 2] to the United States Court of Appeals for the Eleventh Circuit.

This 28th day of July, 2023.

/s/ Robert L. Ashe III
Robert L. Ashe III
Georgia Bar No. 208077
ashe@bmelaw.com
Jane D. Vincent
Ga. Bar No. 380850
vincent@bmelaw.com
Matthew R. Sellers
Georgia Bar No. 691202
sellers@bmelaw.com
Bondurant, Mixson & Elmore, LLP
3900 One Atlantic Center
1201 W. Peachtree Street, NW
Atlanta, GA  30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile

Attorneys for the City of Atlanta

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on July 28, 2023, I served a true and correct copy of the within and foregoing **DEFENDANT CITY OF ATLANTA'S NOTICE OF APPEAL** by filing it with the Court's electronic filing system, which will serve a copy on all counsel of record.

*/s/ Robert L. Ashe III*
Robert L. Ashe III
Georgia Bar No. 208077
