**Friday, August 11, 2023 at 12:46:42 Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | Revised Petition |
| **Date:** | Thursday, July 27, 2023 at 3:01:50 PM Eastern Daylight Time |
| **From:** | Waldon, Vanessa |
| **To:** | mariahparkerphd@gmail.com, Wingo Smith, aoredeko@naacpldf.org |
| **Attachments:** | image001.png, image002.jpg |

Good afternoon,

The official copies of the revised petition may be accessed using the link below:

🗂 https://cityofatlanta-my.sharepoint.com/:f:/g/personal/arobinson_atlantaga_gov/EpleHleMcIRIlQSBIIpgyvwBcSQ9DN5ijoooEpPw2SnFnQ?e=an5BFW

Should you have any issues with accessing the official copies of the revised petition, please contact me immediately.

Thank you and stay safe,



## A. Vanessa Waldon
Interim Municipal Clerk\Elections Superintendent
Atlanta City Council | Office of Municipal Clerk
55 Trinity Avenue, Suite 2700 | Atlanta, GA 30303
(404) 330-6771 office | (404) 719-7409 cell | (404) 546-9658 fax
vawaldon@atlantaga.gov

**STATEMENT OF CONFIDENTIALITY**: The information contained in this electronic message and any attachments are intended for the exclusive use of the addressee(s) and may be confidential or privileged. If you are not the intended recipient, you do not have permission to read, print, copy or distribute this message or any attachments. If you have received this communication in error, please notify the sender by return e-mail or contact the sender if a phone number was provided and permanently delete this message and any attachments from your system.

**PETITION TO REPEAL CITY OF ATLANTA ORDINANCE 21-O-0367**

**WHEREAS,** the Atlanta City Council adopted an ordinance authorizing the City to enter into an agreement leasing 381 acres of forest land to the Atlanta Police Foundation for the construction of a $90 million police training facility;

**WHEREAS,** the registered electors signing this petition desire to compel the City Council to submit to the qualified voters of the City of Atlanta at the next regularly scheduled election the repeal of the ordinance authorizing the ground lease of land to the Atlanta Police Foundation for approval or rejection in accordance with City of Atlanta Charter § 2-501, City of Atlanta Code of Ordinances § 66-37, and O.C.G.A. § 36-35-3(b);

**NOW, THEREFORE,** the undersigned electors hereby petition the City Council to submit the following question concerning the repeal of the ordinance authorizing the ground lease of land to the Atlanta Police Foundation to an election of the qualified voters of the City of Atlanta for approval or rejection:

> *"Shall the City of Atlanta Ordinance 21-O-0367 authorizing the ground lease of 381 acres of forested land to the Atlanta Police Foundation for the construction of a $90 million police training facility be repealed."*

**IN WITNESS WHEREOF,** the undersigned swears that on __ day of _____ 2023, I have collected these signatures for this Petition within the City of Atlanta:
Signature: _____ Printed Name: _____ Phone:_____
Address: _____

**IN WITNESS WHEREOF,** the undersigned, Atlanta residents and registered voters in the last general municipal election of the City of Atlanta, Georgia, swear that they have signed this Petition within the City of Atlanta:

| Signature | Printed Name | Date | Address | Telephone | Birth Date (optional) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

COA_v2_049001