# SPEARS & FILIPOVITS, LLC

315 W. PONCE DE LEON AVE. | SUITE 865 | DECATUR, GA 30030 | 404.905.2225

| BRIAN SPEARS | JEFF FILIPOVITS | WINGO SMITH |
|---|---|---|
| BSPEARS@CIVIL-RIGHTS.LAW | JEFF@CIVIL-RIGHTS.LAW | WINGO@CIVIL-RIGHTS.LAW |

October 10, 2023

Deputy Clerk to the
Hon. Mark H. Cohen
Judge, United States District Court
Northern District of Georgia
2211 United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303

  Re: Baker, et al. v. City of Atlanta, et al.
     Civil Action File No.  1:23-cv-02999-MHC

Dear Sir/Madam:

This is written to request that no proceedings be scheduled in the above-captioned matter for the following periods: November 20-November 24, 2023 and December 20, 2023-January 2, 2024.

Please contact me in the event that you have any questions.  Thank you in advance for your kind attention to this matter.

           Sincerely,

           /s/

           G. Brian Spears

GBS:tsk

cc: all counsel, via electronic filing