IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| LISA BAKER, JACQUELINE DOUGHTERY, KENYANNA JONES, and AMELIA WELTNER,<br><br>      Plaintiff,<br><br>v.<br><br>CITY OF ATLANTA,<br><br>      Defendant. | CIVIL ACTION<br><br>FILE NO. 1:23-cv-02999-MHC |

## NOTICE OF WITHDRAWAL OF ATTORNEY

**COMES NOW,** Office of the City Attorney, counsel for Defendant, and notifies the Court and all parties of the withdrawal of attorney **JACQUITA PARKS,** as attorney for Defendant. The undersigned requests that all future pleadings and communication on behalf of Defendant be directed to the remaining attorneys entered as counsel for Defendant.

This the 28th day of February 2024.

                                              OFFICE OF THE CITY ATTORNEY
                                              CITY OF ATLANTA

                                              By:    **s/** *Jacquita Parks*
                                                          **JACQUITA PARKS**
                                                          Senior Attorney
                                                         Georgia Bar No. 205537
                                                         japarks@AtlantaGa.Gov

CITY OF ATLANTA DEPARTMENT OF LAW
Atlanta City Hall
55 Trinity Avenue, SW, Suite 5000
Atlanta, GA 30303
(404) 546-4100 *main*

## CERTIFICATE OF SERVICE

This is to certify that on this day I have served the foregoing **NOTICE OF WITHDRAWAL OF ATTORNEY** upon all parties via the Court's designated electronic filing and service system, with service made upon the following:

Robert L. Ashe III, Esq.
Jane D. Vincent, Esq.
Matthew R. Sellers, Esq.
**BONDURANT MIXSON & ELMORE LLP**
1201 W. Peachtree St., Suite 3900
Atlanta, Georgia 30309
ashe@bmelaw.com
vincent@bmelaw.com
sellers@bmelaw.com

This the 28th day of February 2024.

By:   s/ *Jacquita Parks*
**JACQUITA PARKS**
Senior Attorney
Georgia Bar No. 205537
japarks@AtlantaGa.Gov

CITY OF ATLANTA DEPARTMENT OF LAW
Atlanta City Hall
55 Trinity Avenue, SW, Suite 5000
Atlanta, GA 30303
(404) 546-4100 *main*