

Spears & Filipovits, LLC

315 W. Ponce de Leon Avenue
Suite 865
Decatur, GA 30030
404.905.2225

September 5, 2024

*Sent by e-file*

Ms. Lisa Enix
Courtroom Deputy Clerk to the Hon. Mark H. Cohen
Judge, United States District Court
Northern District of Georgia
1921 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3309


Re:     *Baker, et al. v. City of Atlanta*
        Civil Action File No. 1:23-cv-02999-MHC

Dear Ms. Enix,

Pursuant to Local Rule 83.1(E)(4), I request that no proceedings be scheduled in the above-captioned matter for the following periods:  November 15 through November 25, 2024, and December 20, 2024, through January 2, 2025.  I will be absent for a family vacation.

Please contact me if you have any questions. Thank you in advance for your attention to this matter.

Sincerely,

/s/ *Wingo F. Smith*
Wingo F. Smith

WFS:jr

Spears & Filipovits, LLC