# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12469

_____

LISA BAKER,
JACQUELINE DOUGHERTY,
KEYANNA JONES,
AMELIA WELTNER,

                    Plaintiffs-Appellees,

*versus*

CITY OF ATLANTA,

                    Defendant-Appellant,

STATE OF GEORGIA,

                    Defendant.

2                          Order of the Court                    23-12469

———————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-02999-MHC

———————————

ORDER:

Appellees' motion to supplement the record is GRANTED in part as to the lease. The motion is DENIED in part as to the declarations.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION