**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

LISA BAKER et al.,
           Plaintiffs,

vs.

CITY OF ATLANTA,
           Defendant.

CIVIL ACTION FILE

NO.  1:23-cv-02999-MHC

**O R D E R**

The mandate of the United States Court of Appeals having been read and considered, it is

**Ordered and Adjudged** that the mandate of the United States Court of Appeals be, and it hereby is, made the judgment of this Court.

Dated at Atlanta, Georgia this 19th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE