# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:23-cv-02999-MHC
### Baker et al v. City of Atlanta
### Honorable Mark H. Cohen

Minute Sheet for proceedings held In Open Court on 03/30/2026.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 10:14 A.M.
TIME IN COURT: 00:44
OFFICE LOCATION: Atlanta

COURT REPORTER: Keisha Crump
CSO/DUSM: CSO 1
DEPUTY CLERK: Lisa Enix

ATTORNEY(S) PRESENT:
Robert Ashe representing City of Atlanta
Jeffrey Filipovits representing Amelia Weltner
Jeffrey Filipovits representing Jacqueline Dougherty
Jeffrey Filipovits representing Keyanna Jones
Jeffrey Filipovits representing Lisa Baker
Matthew Sellers representing City of Atlanta
Wingo Smith representing Amelia Weltner
Wingo Smith representing Jacqueline Dougherty
Wingo Smith representing Keyanna Jones
Wingo Smith representing Lisa Baker

PROCEEDING CATEGORY:
Status Conference(Other Proceeding Non-evidentiary);

MINUTE TEXT:
A status conference was conducted at the request of the Court. See transcript for details.

HEARING STATUS:
Hearing Concluded