UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LISA BAKER, et al. | ) | |
| | ) | |
| | ) | Case No. |
| Plaintiffs, | ) | |
| | ) | 1:23-cv-2999-MHC |
| v. | ) | |
| | ) | |
| CITY OF ATLANTA, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **NOTICE OF WITHDRAWAL BY ATTORNEY OF RECORD**

Pursuant to Local Rule 83.1(E)(4), the undersigned counsel provides notice of his withdrawal as attorney of record for Plaintiffs.

Plaintiffs will continue to be represented in this matter by attorneys of record Jeff Filipovits, Wingo F. Smith, and Gerald R. Weber. A pretrial order has not been entered in this case and there will be no delay of proceedings resulting from the withdrawal.

Submitted this 6th day of April, 2026.

*/s/ G. Brian Spears*
G. Brian Spears

Georgia Bar No. 670112

411 Callan Cir NE
Atlanta, GA 30307-1703
bspears@mindspring.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing has been filed electronically via the CM/ECF system which will automatically serve the document on all counsel of record.

This 6th day of April, 2026.

<u>/s/ G. Brian Spears</u>
G. Brian Spears
Georgia Bar No. 670112

411 Callan Cir NE
Atlanta, GA 30307-1703
bspears@mindspring.com